NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIE A. MADARANG,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3199

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-14-0267-I-1.

---

**ON MOTION**

---

**O R D E R**

Julie A. Madarang moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    MADARANG v. MSPB

                                              FOR THE COURT

                                              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

s24